IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-03041-01/02-CR-S-DGK |
| | ) | |
| BRUCE CONANT and | ) | |
| RENDY CONANT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are: Defendant Bruce Conant's "Motion to Quash the Search Warrant for Storage Unit 33 at 210 Clough Avenue, Lebanon, MO. and to Suppress Evidence Seized Pursuant to a Search of Said Storage Unit" (Doc. 46) and "Motion to Suppress as Evidence All Items Seized Pursuant to Execution of a Search Warrant at Defendant's Residence on July 16, 2012" (Doc. 47); Defendant Rendy Conant's "Amended Motion to Quash Three Search Warrants, Suppress the Evidence Seized as a Result of the Search Warrants and to Return to the Defendant Property Seized as a Result of Execution of Search Warrants" (Doc. 52);[1] the Government's response (Doc. 55); Defendants' replies (Docs. 63 & 65); United States Magistrate Judge Robert E. Larsen's Reports and Recommendations (Docs. 77 & 78) and Supplemental Report & Recommendation (Doc. 85) (collectively the "Reports and Recommendations"), recommending that the Court deny the suppression motions; and the Defendants' objections to the Reports and Recommendations (Docs. 80, 81, 82, 96, & 100). Also pending before the Court is Defendant Rendy Conant's "Motion that the District Court Rule on Her Motion for a *Franks* Hearing, Supplemental Motion for a *Franks* Hearing and

---

[1] Defendant Rendy Conant's original motion to quash (Doc. 39) is denied as moot.

Defendant's Motion to Supplement Motion Denied by the Magistrate Judge without the District Court" (Doc. 95), which the Court construes as a renewed motion for a *Franks* hearing.

After carefully reviewing the Reports and Recommendations and conducting an independent review of the entire record and applicable law, it is hereby ORDERED that Judge Larsen's Reports and Recommendations are ADOPTED. Accordingly, Defendants' motions to suppress (Docs. 46, 47, & 52) are DENIED. Finally, Defendant Rendy Conant's renewed motion for a *Franks* hearing (Doc. 95) is DENIED for the reasons articulated in Judge Larsen's order dated February 28, 2014 (Doc. 83).[2]

**IT IS SO ORDERED.**

Date:  April 8, 2014                                                /s/ Greg Kays
                                                                                    GREG KAYS, CHIEF JUDGE
                                                                                    UNITED STATES DISTRICT COURT

---

[2] In so holding, the Court also relied upon the findings of fact and conclusions of law in the Reports and Recommendations (Docs. 77, 78, & 85) to the extent that they either explicitly or implicitly addressed the alleged *Franks* violation.